**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U S Marshal"*

---

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Yamassee Native American Moors, et al. | 5:03-cv-422-2 (CAR) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BRUNSWICK DOWTOWN DEVELOPMENT, et al. | Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
T. MALIK A. KUSH

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2701 Houston Ave - Macon, GA 31206 - (478)785-8486

---

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, U.S. District Court
475 Mulberry St., Ste. 216
Macon, GA 31202

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PERSONAL SERVICE DIRECTED - per Judge Royal

---

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No 20 | District to Serve No 20 | Signature of Authorized USMS Deputy or Clerk *Betty Bowden* | Date 12/23/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
SERVED AT 475 Mulberry St., MACON GA

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
AL-KUSH, Tshaka Malik     # 054530076
3319 HAZEL ST              5/4/63
Savannah, GA 31404

| Date 12/23/03 | Time 3:00 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* 15 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS.
12/23/03 - 2699 Houston Ave. -- no contact
12/23/03 - 475 Mulberry St, Rally outside Fed. Building -- no contact
12/23/03 - 2701 and 2699 Houston Ave. -- no contact

Returned to Clerk of Court
12-29-03.

---

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U S Marshal with payment, if any amount is owed. Please emit promptly payable to U.S Marshal<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|

