IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| The Yamassee Native American Moors of the Creek: Nation, U.N.N.M., B.I.A. Registry NO. 208/1999, International Supreme Grand Council of Shriners, Inc., Nuwaupian Grand Lodge AF & AM, Inc., Egiptian Church of Karast "Christ" Inc., Ancient Egiptian Order<br>**Plaintiffs**<br>vs.<br><br>Brunswick Downtown Development Authority Executive Director Meredith Hanak, Programs Coordinator Mia Knight-Nichols, The Brunswick News Managing Editor Kerry Klumpy, Staff Writer Josh Rayburn, Staff Writer Karen Sloan, Brunswick Mayor: Brad Brown, District Attorney: Stephen Kelley, Putnam County Sheriff: Howard Richard Sills, Badge # 117, Putnam County Sheriff Deputies: 20 John and 20 Jane Does, WSBTV Channel 2 Atlanta, GA, 13WMAZ Channel 13 Macon, GA, Athens Banner Herald,<br>**Defendants** | **Judge C. Ashley Royal**<br><br>Civil Action No.<br>5:03-CV-422-2(CAR) |

### Notice of Dismissal Without Prejudice

Now comes the Plaintiffs in the above referenced case do herby dismiss without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), this civil matter before the Court of the Middle District of Georgia. The plaintiffs reserve the right as pursuant to the Courts order served upon T. Malik Al Kush, to withdraw or correct the above styled case. The plaintiffs seek to withdraw the claim to perfect it for filing.

_____  12-29-03
Signature                          Date

1