# MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION at MACON, GA

( X ) OPEN COURT   ( ) CHAMBERS   DATE: January 29, 2004

HONORABLE:     JUDGE C. ASHLEY ROYAL

COURT REPORTER:   CRAIG DELOACH

COURTROOM DEPUTY: LEE ANNE PURVIS

LAW CLERK:     TAYLOR HANSON

Filed at 2:11 PM
DATE 1-29-04

### CASE NO: 5:03-CV-422(CAR)

YAMASSEE NATIVE, et al.                    COUNSEL:   Adrian Patrick

vs.

CHANNEL 13 WMAZ, et al.                    COUNSEL:

CAME ON FOR ( ) JURY  ( ) NON-JURY TRIAL ON THE MERITS
( ) PRE-TRIAL ( ) EVIDENTIARY HEARING ( ) SENTENCING
( ) STATUS CONFERENCE ( ) DISCOVERY CONFERENCE (X) OTHER

11:00   Hearing re: lawsuit filed by T. Malik Al Kush.

   Preliminary statement by the Court.

   The Court admonishes Mr. Kush to never file another lawsuit in this Court again.

   No action will be taken against Kush in this Court however, this matter will be referred to State Court of Bibb County.

11:04   Adjourned.